# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROSE DIAZ CORDES, etc., et al.,

      Plaintiffs,

v.                                    Case No.  8:09-cv-899-T-30AEP

M/V BLADOCK, IMO No. 7926148, *in rem*,

      Defendants.

_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Dismissal (Dkt. #11).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 8, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE